Moses D. FULTON, Plaintiff–
Appellant,

v.

DSM NUTRITIONAL PRODUCTS,
LLC, Defendant–Appellee.

No. 13–1435.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 26, 2013.

Decided: Oct. 2, 2013.

Pheobe A. Clark, Wukela Law Firm, Florence, South Carolina, for Appellant. Christopher G. Mackaronis, Brickfield, Burchette, Ritts & Stone, PC, Washington, D.C.; Jonathan P. Pearson, Fisher and Phillips LLP, Columbia, South Carolina, for Appellee.

Before MOTZ, GREGORY, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Moses D. Fulton appeals the district court's order adopting the recommendation of the magistrate judge and granting summary judgment to defendant employer on Fulton's claims of racial discrimination. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Fulton v. DSM Nutritional Prods., LLC,* No. 4:11–cv–03239–RBH (D.S.C. Mar. 4, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*